**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIAM E. JONES, III**                                                                                        **PLAINTIFF**

**VS.**                                  **CASE NO. 4:05-CV-01325 GTE**

**JIM REEDER, individually, and in his
official capacity as Sheriff of Perry County,
Arkansas; RANDY WILSON, individually,
and in his official capacity as Chief of Police
of the City of Perryville, Arkansas; and
BOB SATKOWSKI, individually, and in his
official capacity as an employee of the
Arkansas Law Enforcement Training Academy**                       **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised by Plaintiff's counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action be, and it is hereby, DISMISSED WITH PREJUDICE.  The Court retains complete jurisdiction for thirty days to vacate this order and to reopen this action if it is satisfactorily shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this  17th  day of January, 2007.

                                                  /s/Garnett Thomas Eisele
                                                UNITED STATES DISTRICT JUDGE